CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 17 2012

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| LBCMT 2007-SEMINOLE TRAIL, LLC, | ) | |
| | ) | Civil Action No. 3:12CV00025 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| ERIC D. SHEPPARD, et al., | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendant Eric D. Sheppard's motion to set aside default and extend the time to file a responsive pleading is **GRANTED**; and

2. The defendant shall have fourteen (14) days from the date of entry of this order to file a responsive pleading.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 16th day of October, 2012.

_____
Chief United States District Judge