CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 17 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

LBCMT 2007-C3 SEMINOLE TRAIL, LLC, )
)
    Plaintiff, )    Civil Action No. 3:12CV00025
)
v. )    **FINAL ORDER AND JUDGMENT**
)
ERIC D. SHEPPARD )    By: Hon. Glen E. Conrad
)    Chief United States District Judge
and )
)
PHILIP WOLMAN, )
)
    Defendants. )

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The motion for summary judgment filed by plaintiff LBCMT 2007-C3 Seminole Trail, LLC is **GRANTED**; and

2. Judgment is entered in favor of LBCMT 2007-C3 Seminole Trail, LLC, and against defendants Eric D. Sheppard and Philip Wolman, in the amount of $3,444,770.54, as of April 11, 2012, with per diem interest accruing at a rate of $642.29 until paid.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 17th day of June, 2013.

                        */s/ Glen E. Conrad*
                        Chief United States District Judge